UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**APRIL LEMONS, ET AL.**,

   Plaintiffs,

**v.**                                          **No. 4:25-cv-01034-P**

**ARLINGTON SPORTSERVICE, INC.**,

   Defendant.

## ORDER

The Court received notification that the Parties settled in the instant dispute. ECF No. 75. The Court therefore **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before June 28, 2026.**

**SO ORDERED** on this **28th day of May 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE