UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**APRIL LEMONS, ET AL.**,

   Plaintiffs,

**v.**                                                    **No. 4:25-cv-01034-P**

**ARLINGTON SPORTSERVICE, INC.**,

   Defendant.

## ORDER

Before the Court is the Plaintiff's Agreed Stipulation of Dismissal with Prejudice. ECF No. 92. The Stipulation is hereby **GRANTED**. The case is **DISMISSED with prejudice.**

**SO ORDERED** on this **29th day of June 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE