UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**APRIL LEMONS, ET AL.**,

   Plaintiffs,

**v.**                                                                     **No. 4:25-cv-01034-P**

**ARLINGTON SPORTSERVICE, INC.**,

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **29th day of June 2026.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE